STATE OF NEW JERSEY v. RAFAEL BOSSIO.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES A. CAMPBELL.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DERIC JONES.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. BLUITT, JR.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MALIK GRAY.

June 13, 1989.

Petition for certification denied.